# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSE ISRAEL ALVAREZ, A/K/A JOSE IRAEL ALVAREZ,
Appellant,
vs.
THE STATE OF NEVADA DEPARTMENT OF CORRECTIONS; OFFENDER MANAGEMENT DIVISION; AND SENTENCE/RECORDS MANAGEMENT,
Respondents.

No. 75822

FILED

MAR 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Appellant argues that the Nevada Department of Corrections incorrectly determined that counts 2, 5, 6, and 8 run consecutively to the sentence imposed for count 1, which has resulted in statutory credits only being applied toward the sentence for count 1. Based on our review of the record on appeal, we conclude that appellant did not demonstrate that NDOC has improperly structured his sentences or failed to properly apply his statutory credits. The amended judgment of conviction clearly reflects that the sentences for counts 2, 5, 6, and 8 were imposed to run consecutively to count 1 and each other. The credit history report further reflects that statutory credits are being applied toward count 1, which appellant was serving and had not been paroled from at the time he filed

---

[1]This appeal has been submitted for decision on the record without briefing or oral argument. NRAP 34(f)(3), (g); *see also* NRAP 31(d)(1); *Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

19-11565

his petition. Accordingly, we conclude that the district court did not err in denying the petition, and we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Linda Marie Bell, Chief Judge
Jose Israel Alvarez
Attorney General/Las Vegas
Eighth District Court Clerk